

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-12-2004

# Justofin v. Metro Life Ins Co

Precedential or Non-Precedential: Precedential

Docket No. 02-4264

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Justofin v. Metro Life Ins Co" (2004). *2004 Decisions.* Paper 371.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/371

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

—————

No. 02-4264

—————

JEFFREY JUSTOFIN, CHRISTOPHER JUSTOFIN; DAMIAN JUSTOFIN;
ROBERT JUSTOFIN; IVAN JUSTOFIN, (Beneficiaries of Loretta K.
Justofin, Deceased),

Appellants

v.

METROPOLITAN LIFE INSURANCE CO.

—————

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 01-cv-06266)
District Judge: Honorable John R. Padova

—————

Argued October 27, 2003

Before: SCIRICA, Chief Judge, NYGAARD and AMBRO, Circuit Judges

Timothy M. Kolman, Esquire
Wayne A. Ely, Esquire (Argued)
Timothy M. Kolman & Associates
225 North Flowers Mill Road
Langhorne, PA   19047

    *Attorney for Appellants*

Alvin Pasternak, Esquire
Anthony J. Tomari, Esquire
Metropolitan Life Insurance Company

Law Department
One Madison Avenue
New York, NY 10010-3690

Veronica W. Saltz, Esquire (Argued)
Saltz Hollaender
993 Old Eagle School Road
Suite 412
Wayne, PA   19087

       *Attorneys for Appellee*

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

       It is now ordered that the published Opinion in the above case filed June 25, 2004, be amended as follows:

       On page 2, column 2, in the paragraph marked as question 15, after the word "In" and before the word "past", insert with hard brackets the word "the" so that the phrase reads "In [the] past 5 years,".

       On page 6, column 1, in the last line, delete the words "is controlling" and replace them with the word "controls", so that the phrase reads, "when one of the Federal Rules controls the point in dispute."

       By the Court,


       /s/ Thomas L. Ambro, Circuit Judge


Dated:   August 12, 2004